AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

U.S. DISTRICT COURT, - N.D. OF N.Y.
**FILED**
FEB 1 8 2026
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No. 1:26-MJ-38(DJS) |
| GENARO VAZQUEZ TORRES, a.k.a. | ) | |
| GENERO TORRES-VASQUEZ, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of February 18, 2026, in the county of Montgomery in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a), (b)(2) | Genaro VAZQUEZ TORRES, an alien, native and citizen of Mexico, being an alien who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to his reapplication for admission to the United States. |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

*Patrick McDonald*

_____
*Complainant's signature*

Patrick McDonald, U.S. Homeland Security Investigations

_____
*Printed name and title*

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   Feb 18, 2026

_____
*Judge's signature*

City and State:    Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge

_____
*Printed name and title*

*Continuation Sheet, United States v.* **Genaro VAZQUEZ TORRES**

1.      I make this affidavit in support of a criminal complaint charging Genaro VAZQUEZ TORRES, a.k.a. "Genero Torres-Vasquez," with Reentry by a Removed Alien, in violation of 8 U.S.C. § 1326(a), and (b)(2).

2.      The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and on my experience and training.  As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

3.      On February 18, 2026, Immigration Customs and Enforcement (ICE)- Homeland Security Investigations ("HSI") Albany, NY, was conducting a joint enforcement operation with FBI and ICE-Enforcement and Removal Operations ("ICE/ERO") targeting known criminal aliens individuals residing in Fort Plain, NY.  HSI Albany had previously received a tip on the HSI TipsLine that Glimmerglass Pools, a business located at 55 Willett Street in Fort Plain, NY was hiring illegal aliens. HSI Special Agents conducted surveillance of Glimmerglass Pools and observed a 2015 Ford Explorer bearing NY registration MCN 9452.  That vehicle's registered owner was Genaro VAZQUEZ TORRES, a citizen and national of Mexico who was previously deported, as described in more detail below. Later, that vehicle was observed traveling towards Glimmerglass Pools and was stopped by ICE/ERO along with HSI and FBI. An ICE/ERO Supervisory Detention and Deportation Officer approached the vehicle and asked the driver in Spanish to identify himself.  The driver stated his name as Genaro VAZQUEZ TORRES and later admitted that he was a national and citizen of Mexico possessing no valid U.S. immigration documents. VAZQUEZ TORRES was removed from the vehicle and taken into custody without incident and transported to the Malta ICE/ERO office for further processing.

4.      Upon arrival at the ICE/ERO office in Malta, NY, biographical information and fingerprints were entered into Department of Homeland Security databases for VAZQUEZ TORRES.

Record checks revealed VAZQUEZ TORRES is a citizen of Mexico, with no documentation to be in, pass through, or remain in the United States legally.

5.      Further queries of court records and criminal history records revealed that on January 17, 2012, a grand jury returned an indictment in the U.S. District Court of South Carolina charging VAZQUEZ TORRES, listed under the name "Genero Torres-Vasquez," with one count of Conspiracy to Distribute a Controlled Substance (Cocaine), a violation of Title 21, United States Code, Section 846, and one count of Possession with Intent to Distribute Controlled Substances (Cocaine), a violation of Title 21, United States Code, Section 846. On or about February 7, 2012, VAZQUEZ TORRES was arrested in Columbia, South Carolina. On September 24, 2012, VAZQUEZ TORRES pled guilty to Count 1 of the indictment charging Conspiracy to Distribute a Controlled Substance (Cocaine). On February 12, 2013, VAZQUEZ TORRES was sentenced to 120 months in prison followed by 5 years of supervised release.

6.      Under section Title 8, United States Code, Section 1101(a)(43)(B) of the Immigration and Nationality Act (INA), the term "aggravated felony" means "any illicit trafficking in a controlled substance (as defined in section 802 of title 21), including a drug trafficking crime (as defined in section 924(c) of title 18)." Accordingly, VAZQUEZ TORRES conviction in 2013 in the U.S. District Court of South Carolina for Conspiracy to Distribute Controlled Substances is considered an "aggravated felony."

7.      On December 11, 2019, VAZQUEZ TORRES was issued DHS Form I851A Final Administrative Removal Order, which ordered VAZQUEZ TORRES to be removed from the United States following his term in prison. On July 13, 2020, VAZQUEZ TORRES was physically removed to Mexico via the Del Rio, Texas International Bridge.

8.      VAZQUEZ TORRES did not obtain the express consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to reapply for admission to the United States prior to his re-entry and being found in the United States on February 18, 2026.

3